1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA SANCHEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GRUNS NUTRITION, INC., a Delaware corporation, d/b/a www.gruns.co,<br><br>Defendant. | Case No: 8:25-CV-02811-MRA-KES<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING AMENDED COMPLAINT AND BRIEFING SCHEDULE ON ANTICIPATED MOTION TO DISMISS [11]**<br><br>Complaint served: November 19, 2025<br>Current Response Date: February 26, 2026<br>New Response Date: April 3, 2026 |

- 1 -

ORDER GRANTING JOINT STIPULATION REGARDING AMENDED COMPLAINT AND
BRIEFING SCHEDULE ON ANTICIPATED MOTION TO DISMISS [11]

The Court, having considered the parties' Stipulation Regarding Amended Complaint and Briefing Schedule and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows

- Plaintiff shall file a first amended complaint on or before March 6, 2026;
- Defendant shall file its responsive pleading on or before April 3, 2026;
- In the event Defendant files a motion to dismiss, Plaintiff(s) shall file any opposition thereto on or before May 1, 2026; and
- Defendant shall file any reply in support of its motion to dismiss on or before May 15, 2026.

IT IS SO ORDERED.

Dated: February 17, 2026

HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE