PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA SANCHEZ and ANETA TACKETT, both individually and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GRUNS NUTRITION, INC., a Delaware corporation, d/b/a WWW.GRUNS.CO;<br><br>Defendants. | Case No. 8:25-cv-02811-MRA-KES<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Complaint Filed: November 4, 2025<br>FAC Filed: March 6, 2026 |

- 1 -

NOTICE OF VOLUNTARY DISMISSAL                    Case No: 8:25-cv-02811-MRA-KES

TO THE COURT, CLERK AND ALL PARTIES OF RECORD, please take notice that Plaintiffs Monica Sanchez and Aneta Tackett ("Plaintiffs") respectfully request dismissal of the instant action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure *with prejudice* as to Plaintiffs' individual claims, and *without prejudice* as to the putative class. Defendant has not filed or served an answer to Plaintiffs' Complaint, nor filed a motion for summary judgment.

Respectfully submitted,

Dated:  April 23, 2026

PACIFIC TRIAL ATTORNEYS

By: */s/ Scott J. Ferrell*

Scott J. Ferrell
Attorney for Plaintiffs

NOTICE OF VOLUNTARY DISMISSAL                                Case No: 8:25-cv-02811-MRA-KES

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2026, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.

- 3 -